# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES WILLIAMS,** : | **CIVIL ACTION NO. 1:01-CV-2345** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, DEPARTMENT OF** : | |
| **CORRECTIONS, et al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 7th day of October, 2005, upon consideration of plaintiff's motion (Doc. 86) requesting all of the paperwork for the above-captioned case and indicating that Attorney Gary P. Heslin ("Attorney Heslin") is no longer his attorney, and it appearing that Attorney Heslin did not provide plaintiff with the documents (see Doc. 86 ¶¶ 1-2), and that plaintiff had previously requested to proceed *pro se* (see Doc. 70), it is hereby ORDERED that:

1. The motion (Doc. 86), CONSTRUED as a motion to proceed *pro se* and a request for documents, is GRANTED as so construed.

2. The Clerk of Court is directed to send a copy of the docket and all of the documents filed for the above-captioned case via regular mail to plaintiff at the address on file.

3. The Clerk of Court is directed to remove counsel for plaintiff, Attorney Gary P. Heslin, from the docket in the above-captioned case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge