# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES WILLIAMS,** | : | **CIVIL ACTION NO. 1:01-CV-2345** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| **Defendants** | : | |

## AMENDING ORDER

AND NOW, this 7th day of October, 2005, upon consideration of the prior order of court (Doc. 87) granting plaintiff's motion (Doc. 86) requesting all of the paperwork for the above-captioned case, and it appearing that plaintiff is not currently proceeding *in forma pauperis*, and that copies of documents will be charged to the requesting party unless the party is proceeding *in forma pauperis*,[1] it is hereby ORDERED that paragraphs 1 and 2 of the prior order of court (Doc. 87 ¶¶ 1-2) are AMENDED to read as follows:

1. The motion (Doc. 86), CONSTRUED as a motion to proceed *pro se* and a request for documents, is GRANTED in part and DENIED in part as so construed.

2. The Clerk of Court is directed to send a copy of the docket and an application to proceed *in forma pauperis* via regular mail to plaintiff

---

[1] The cost for copies is $0.50 per page and the court notes that the first document on the docket is 154 pages.

at the address on file. On or before October 31, 2005, plaintiff shall either: (1) return the completed application to proceed *in forma pauperis* with a request for specific documents on the docket, or (2) request specific documents on the docket that are to be copied at plaintiff's expense.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge