# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES WILLIAMS,** | : | **CIVIL ACTION NO. 1:01-CV-2345** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 13th day of October, 2005, upon consideration of plaintiff's motion (Doc. 89) requesting all of the paperwork for the above-captioned case and indicating that plaintiff's attorney, Gary P. Heslin, is no longer his attorney, and of the prior order of court (Doc. 87), as amended on October 7, 2005 (Doc. 88), granting in part and denying in part a nearly identical motion (see Doc. 86), it is hereby ORDERED that the motion (Doc. 89) is DENIED as moot.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge