# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES WILLIAMS,** | : | **CIVIL ACTION NO. 1:01-CV-2345** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 27th day of December, 2005, upon consideration of plaintiff's request for production of documents (Doc. 110), and it appearing that the request is for discovery and not filed pursuant to the Federal Rules of Civil Procedure or upon order of the court, see L.R. 5.4(b) ("Interrogatories, requests for disclosures, requests for documents, requests for admissions, and answers and responses thereto shall be served upon other counsel and parties but shall not be filed with the court except as authorized by a provision of the Federal Rules of Civil Procedure or upon order of the court."), it is hereby ORDERED that:

1. The request for production of documents (Doc. 110) is STRICKEN from the docket.

2. The Clerk of Court is directed to RETURN to plaintiff, via United States mail, the request for production of documents.

                                                            S/ Christopher C. Conner
                                                          CHRISTOPHER C. CONNER
                                                           United States District Judge