# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES WILLIAMS,** | : | **CIVIL ACTION NO. 1:01-CV-2345** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of April, 2006, upon consideration of *pro se* plaintiff's motions to compel discovery (Doc. 114) and to recuse the undersigned (Doc. 116),[1] and it appearing that a motion for summary judgment (Doc. 98), filed by defendant Norris B. Webb, is pending before the court,[2] and that plaintiff's discovery requests are not relevant to the pending motion for summary judgment (see Doc. 114; Doc. 116 ¶ 20), and the court finding that a reasonable person would not question the impartiality of the undersigned to oversee this case, see 28 U.S.C. § 455 (providing that a judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned"); Liteky v. United States, 510 U.S. 540, 548 (1994); United States v. Martorano, 866 F.2d 62, 68 (3d Cir. 1989), and that

---

[1] Plaintiff asserts in conclusory fashion that the undersigned's "impartiality is in question." (Doc. 116 ¶ 21.)

[2] Plaintiff erroneously states that the court granted this motion for summary judgment. (See Doc. 116 ¶ 15.)

plaintiff's allegations do not warrant recusal of the undersigned, see 28 U.S.C. §§ 144, 455, it is hereby ORDERED that:

1. The motion to compel discovery (Doc. 114) is DENIED without prejudice.

2. The motion to recuse the undersigned (Doc. 116) is DENIED. See 28 U.S.C. §§ 144, 455.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge