# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES WILLIAMS,** : | **CIVIL ACTION NO. 1:01-CV-2345** |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 28th day of September, 2006, upon consideration of *pro se* plaintiff's motion (Doc. 131) to strike and deny defendants' motion, averring that defendants filed a motion on September 6, 2006, but did not submit a copy of the motion to plaintiff, and it appearing that defendants did not file a motion on September 6, 2006,[1] it is hereby ORDERED that the motion (Doc. 131) to strike and deny defendants' motion is DENIED.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge

---

[1] The court notes that no documents were filed on September 6, 2006. The only entry on the docket on this date is an internal entry indicating that the pretrial and trial schedule is stayed pending disposition of defendants' motion for summary judgment (Doc. 98), to which plaintiff filed an opposition.