IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES WILLIAMS,** | : | CIVIL ACTION NO. 1:01-CV-2345 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 4th day of December, 2006, upon consideration of *pro se* plaintiff's motion to recuse the undersigned (Doc. 148),[1] and the court finding that a reasonable person would not question the impartiality of the undersigned to oversee this case, see 28 U.S.C. § 455 (providing that a judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned"); Liteky v. United States, 510 U.S. 540, 548 (1994); United States v. Martorano, 866 F.2d 62, 68 (3d Cir. 1989), and that plaintiff's allegations do not warrant recusal of the undersigned, see 28 U.S.C. §§ 144, 455, it is hereby ORDERED that the motion to recuse the undersigned (Doc. 148) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court notes that plaintiff filed a similar motion to recuse (Doc. 116), which was denied by the order of court dated April 13, 2006 (Doc. 117).