IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES WILLIAMS,** | : CIVIL ACTION NO. 1:01-CV-2345 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 26th day of January, 2007, upon consideration of *pro se* plaintiff's correspondence dated January 11, 2007 (Doc. 158) requesting that the court order defendant Norris B. Webb to produce his medical records at no charge,[1] it is hereby ORDERED that:

1. The correspondence dated January 11, 2007 (Doc. 158) is CONSTRUED as a motion to compel and is GRANTED as so construed.

2. On or before February 12, 2007, defendant Norris B. Webb shall produce plaintiff's medical records from the state correctional institution at Rockview from May 9, 1999 through the present, at no charge to plaintiff.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge

---

[1] The order of court dated December 5, 2006 (Doc. 151) directed defendant to produce plaintiff's medical records from the state correctional institution at Rockview from May 9, 1999 through the present by January 5, 2006.