## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES WILLIAMS, | : | CIVIL ACTION NO. 1:01-CV-2345 |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPARTMENT OF | : | |
| CORRECTIONS, et al., | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 11th day of April, 2007, upon consideration of the order of
court dated March 28, 2007 (Doc. 179) directing *pro se* plaintiff to file one or more
subpoenas by April 18, 2007, completed in accordance with Rule 45 of the Federal
Rules of Civil Procedure and accompanied by appropriate fees and mileage costs
for each witness, <u>see</u> FED. R. CIV. P. 45(b)(1) (requiring that fees and mileage costs
be tendered to witness at time of service); <u>see also</u> 28 U.S.C. § 1821 (enumerating
appropriate fees and costs), and upon further consideration of the subpoenas filed
by plaintiff ordering "Officer Herbert," "Officer Street," and Dr. John Symons to
appear at trial, the exhibits attached thereto,[1] and the letter dated April 1, 2007
(Doc. 187), in which plaintiff requests an enlargement of time to subpoena his

---

[1] The court notes that the exhibits attached to the subpoenas are not
referenced by any document filed by plaintiff.  Therefore, the court will return the
exhibits to plaintiff.  If these exhibits are for trial, plaintiff is reminded that he must,
prior to the commencement of trial, submit three (3) complete exhibit lists (see
attached form) and three (3) complete sets of exhibits for the court's use, in addition
to the original exhibits to be offered into evidence.  (<u>See</u> Doc. 171 ¶ 4.d.)

proposed witnesses, and it appearing that plaintiff did not include the addresses of

his witnesses on the filed subpoenas, nor did plaintiff include the appropriate fees

and mileage costs, it is hereby ORDERED that:

1.   The Clerk of Court is directed to return to plaintiff, via United States
     mail, the subpoenas ordering "Officer Herbert," "Officer Street," and
     Dr. John Symons to appear at trial, and the exhibits attached thereto.

2.   Plaintiff shall be permitted to file, <u>on or before May 2, 2007</u>, one or
     more subpoenas, completed in accordance with Federal Rule of Civil
     Procedure 45 <u>and accompanied by appropriate fees and mileage costs
     for each witness</u>.  <u>See</u> <u>id.</u> 45(b)(1); <u>see also</u> 28 U.S.C. § 1821.

     a.   Plaintiff shall include the address of each witness on the court-
          issued subpoena.

     b.   The court shall direct service of *properly completed* subpoenas
          on the above-named individuals as appropriate.  <u>The court will
          *not* direct service of any subpoena that does not include an
          address or the appropriate fees and mileage costs for the
          witness, which may prevent plaintiff from calling the witness at
          trial</u>.

     c.   Plaintiff shall <u>not</u> mail the completed subpoenas to or otherwise
          attempt to serve the completed subpoenas on the person(s)
          named therein.  <u>See</u> FED. R. CIV. P. 45(b)(1); <u>see also</u> <u>id.</u> 45 cmt.
          § C45-9.  Failure to comply with this paragraph will result in the
          imposition of sanctions, potentially including dismissal of the
          above-captioned case.  <u>See</u> FED. R. CIV. P. 16(f), 41(b); L.R.
          83.3.1.

3.   No further enlargements of time will be granted absent exceptional
     circumstances.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

**(JUDGE CONNER)**                                                         Page ___ of ____

<u>**EXHIBIT LIST**</u>

**Case Name: _____**
**Case Number:_____**

| Plaintiff | Defendant | Description of Item | Identified | Ruling | Evidence | Witness |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |