IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES WILLIAMS**, | : CIVIL ACTION NO. 1:01-CV-2345 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.**, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 2nd day of May, 2007, upon consideration of *pro se* plaintiff's motion for reconsideration (Doc. 198) of the order of court dated April 12, 2007 (Doc. 190), in which the court denied plaintiff's motion to amend the complaint without prejudice to plaintiff's right to present any admissible evidence at trial in support of his remaining Eighth Amendment claim against defendant Norris B. Webb, and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 198) is DENIED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge