# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES WILLIAMS**, | : CIVIL ACTION NO. 1:01-CV-2345 |
| Plaintiff | : |
| | : (Judge Conner) |
| v. | : |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.**, | : |
| Defendants | : |

## ORDER

AND NOW, this 15th day of May, 2007, upon consideration of *pro se* plaintiff's exhibits for trial,[1] which include: (1) an excerpt from the Commonwealth of Pennsylvania Department of Corrections ("DOC") Inmate Handbook (2005 Edition), (2) an excerpt from the DOC Code of Ethics, (3) the Universal Declaration of Human Rights, (4) case law, (5) definitions from Webster's Dictionary and Black's Law Dictionary, (6) inmate grievance number ROC-0404-99, (7) the complaint filed in the above-captioned action (originally filed in the Court of Common Pleas of Philadelphia County), (8) the complaint drafted by plaintiff, (9) plaintiff's medical records, (10) defendants' answer to plaintiff's complaint, (11) defendants' brief to the United States Court of Appeals for the Third Circuit, (12) plaintiff's brief to the Third Circuit, (13) defendant Norris B. Webb's second motion for summary

---

[1] In a second exhibit list, plaintiff indicates that he seeks to admit "any and all paperwork involving Civil Action No. 03-3534 . . . [and] 01-2345." (Doc. 200.) Without the benefit of the paperwork plaintiff seeks to admit, the court cannot determine if it will be admissible at trial. The court notes, however, that pleadings (e.g., a complaint) and briefs filed by the parties are inadmissible.

judgment, and it appearing that the exhibits referenced as numbers 3-8 and 11-13 above are not relevant to plaintiff's remaining Eighth Amendment claim against defendant Norris B. Webb or are not admissible under the Federal Rules of Evidence, it is hereby ORDERED that plaintiff shall be precluded from admitting the exhibits referenced as numbers 3-8 and 11-13 above.[2]

         S/ Christopher C. Conner
         CHRISTOPHER C. CONNER
         United States District Judge

---

[2] The court makes no ruling at this time as to the admissibility of the exhibits referenced as numbers 1-2, and 9-10 above.